Sunsim Realty Co., Inc., Appellant, v. Maurice Guttman, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, Sherman and Townley, JJ.

Conlew, Inc., Appellant, v. Minnie Goldberg, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, Sherman and Townley, JJ.

Edward J. Burns, as Administrator, etc., of William A. Burns, Deceased, Respondent, v. The City of New York, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, Sherman and Townley, JJ.

Joseph Shimaitis, Appellant, v. Mutual Life Insurance Company of New York, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, Sherman and Townley, JJ.

The People of the State of New York, Respondent, v. Salvatore Shillitani, Appellant.— Judgment affirmed. No opinion. Present — Finch, P. J., Merrell, Martin, Sherman and Townley, JJ.